UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dreanown Stevenson

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Robert Smith

Solo

**COMPLAINT**

Do you want a jury trial?
   ☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  Federal Question

☐   Diversity of Citizenship

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Right to freedom of speech, my privacy & s
citizen. I have been herressed.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
　　　　　　　　　　(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

DAguann _____ T. _____ Stevenson _____
First Name　　　　　　　　　　Middle Initial　　　Last Name

3255  Perry  Ave _____
Street Address

Bronx _____   N. Y.  _____   10468 _____
County, City　　　　　　　　　　　　　State　　　　　　Zip Code

917-792-9462 _____   DAguAwn.Stevenson@gmail.com
Telephone Number　　　　　　　　Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Robert                    Smith
               First Name                Last Name

              Federal Agent
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City                State            Zip Code

Defendant 2:  John
              First Name                Last Name

              Fi
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City                State            Zip Code

Defendant 3:  _____
              First Name                Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City                State            Zip Code

Defendant 4: _____

First Name                Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City             State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Most importantly I was put as a Voluntary worker for a operation I didn't know about. I have been blatantly disrespected by the people because they thought I was gay. I have been under multiple accounts of verbal abuse because people thought because they "suppose to be" Federal Agents, I have been targeted to use a gun because as I was told "thats how Federals do. In order for me to have Sex with any woman they said I need to have a gun. I think thats so they could charge me for Federal Posetion. They have granted me Federal Immunity for saving all the people I have. I am owed 750 Million for my participation in this program they have in place unwillingly. I don't want to make

it seem es if I have a problem But they said they killed my children and so many other kids as a part of a phychological test to see how I wold react. I dont know how that works and I don't know if it's true. I was also used by people who have from what I was told Aids 20 times. Luckily I have not been affeckd at all.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My son was injured in the presence of Federal agents to my understanding. I didnt report it becouse I was told Federal agents can do wont they want to kids or any body thats not Federal.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want the 25 million im owed and not the mony for over a yeer Federal Agents have been stealing from me, so they says

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 7/12/24 | _Dagmara Stevenson_ |
| Dated | Plaintiff's Signature |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Dagmara | T. | Stevenson |

3255 Perry Ave
Street Address

| County, City | State | Zip Code |
|---|---|---|
| Bronx | N.Y | 10468 |

917 - 742 - 9462
Telephone Number

Dagmara.Stevenson@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.