UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAQUAWN T. STEVENSON,

                Plaintiff,

-against-

ROBERT SMITH,

                Defendant.

24 CIVIL 5472 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 28, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 3, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge